DAVID BURCHARD
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KAMERON NICOLE BAKER
301 MECHAM ROAD
PETALUMA, CA 94952

Debtor(s)

Chapter 13
Case No: 18-30270 DM

### STIPULATION RE: TRUSTEE'S MOTION TO DISMISS CASE POST-CONFIRMATION

The Chapter 13 Trustee has filed a Motion to Dismiss Case Under 11 U.S.C. §1307(c) and set the matter for hearing on January 16, 2019 at 1:00 PM.  This matter is currently scheduled for a continued hearing on May 15, 2019 at 1:00 PM.

It is hereby stipulated and agreed to, by and between the Debtor and the Chapter 13 Trustee, as follows:

The hearing on the Trustee's Motion to Dismiss shall be continued to **June 19, 2019 at 01:00 PM** in the United States Bankruptcy Court located at 450 GOLDEN GATE AVENUE, 16th FLOOR - COURTROOM #17 SAN FRANCISCO, CA 94102.

In addition, on or before May 30, 2019 the Debtor shall:

_____ pay $_____ to the Trustee.

_____ file a motion to modify the Chapter 13 plan, bringing the plan payments current.

_____ file updated Schedules I and J, utilizing the schedules effective December 2015.

_____ provide a signed copy of the _____ federal income tax return.

__X___ other:
1. Provide verification of income in the form of payment advices for the last 60 days.
2. Pay to the Trustee $870.00 to be current under through May 2019 under the proposed modification.

If the Debtor fails to comply with the above, the Debtor stipulates that the case may be dismissed on request of the Trustee.

It is hereby stipulated.

DATED:  5/3/19                                /s/ Lilian Tsang_____
                                              Lilian Tsang
                                              Staff Attorney for David Burchard, Chapter 13 Trustee

DATED:  5/7/19                                /s/ John D. Raymond_____
                                              John D. Raymond
                                              Attorney for Debtor