Entered on Docket
July 11, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  BANKRUPTCY CENTER OF
   JOHN D. RAYMOND                    Signed and Filed: July 11, 2019
2  JOHN D. RAYMOND, ESQUIRE
   STATE BAR NO. 129599
3  2000 VAN NESS AVENUE, STE. 205
   P.O. BOX 642535
4  SAN FRANCISCO, CA 94164-2535       _____
   TEL: (415) 351-2265                DENNIS MONTALI
5  Attorney for Debtor(s)             U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 |
|---|---|
| KAMERON NICOLER BAKER, | Case No. **18-30270 DM** |
| Debtor(s). | ORDER APPROVING APPLICATION TO MODIFY CHAPTER 13 PLAN |

Upon consideration of the debtor's APPLICATION TO MODIFY CHAPTER 13 PLAN filed with the court on Jan. 9, 2019, and good cause appearing therefore;

IT IS ORDERED THAT the application filed on Jan. 9, 2019 modifying the Chapter 13 plan is approved, except that Section 7.01 of the Modified Model Plan shall state an additional payment in Jan., 2019 of $998.00, then commencing Feb., 2019, payments shall be $591.00 and continue for 50 months.

*** END OF ORDER ***

Approved as to form and content.

Dated: July 3, 2019       /s/ Lilian Tsang_____
                          LILIAN TSANG, ESQ.
                          Attorney for David Burchard, Trustee

COURT SERVICE LIST

None