DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801  FAX (650) 345-1514  
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | | |
|---|---|---|
| KAMERON NICOLE BAKER<br>301 MECHAM ROAD<br>PETALUMA, CA 94952<br><br>Debtor(s) | | Chapter 13<br>Case No.: 18-30270 DM<br><br>WITHDRAWAL OF<br>TRUSTEE'S MOTION TO DISMISS |

David Burchard, Chapter 13 Trustee in the above-referenced case, hereby requests that the Trustee's Motion, filed on December 17, 2018, be withdrawn.

DATED:	July 12, 2019	DAVID BURCHARD  
			DAVID BURCHARD  
			Chapter 13 Trustee  
			United States Bankruptcy Court  
			Northern District of California  
			San Francisco/Santa Rosa Divisions

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Withdrawal of Trustee's Motion to Dismiss** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    KAMERON NICOLE BAKER
    301 MECHAM ROAD
    PETALUMA, CA 94952

The following recipients have been served via Court's Notice of Electronic Filing:

    JOHN D RAYMOND
    bankruptcycenter@sbcglobal.net

Dated: July 12, 2019             LIZ WHIGHAM
                                                  LIZ WHIGHAM